# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2019

## NO. 03-17-00761-CV

**Hyundai Motor America, Appellant**

**v.**

**New World Car Nissan, Inc. d/b/a World Car Hyundai, World Car Nissan; New World Car Imports San Antonio, Inc. d/b/a World Car Hyundai; Texas Department of Motor Vehicles; Board of The Texas Department of Motor Vehicles; Guillermo "Memo" Trevino, in His Official Capacity as Chair of the Board of The Texas Department of Motor Vehicles; and Whitney Brewster, in Her Official Capacity as Executive Director of the Texas Department of Motor Vehicles, Appellees**

## APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the final order signed by the Board of the Texas Department of Motor Vehicles on August 17, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the Board's order and remands the case to the Board for further proceedings consistent with the Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.